# Court of Appeals
# of the State of Georgia

ATLANTA,___May 22, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1841.  CARL HUBANKS v. CATHERINE HARDRICK.**

On February 4, 2013, the trial court entered an order modifying Carl Hubanks' child support obligation.  Hubanks filed a notice of appeal from this ruling on March 8, 2013.  We lack jurisdiction for two reasons.

First, OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, however, Hubanks filed his notice of appeal 32 days after entry of the order he seeks to appeal.  Second, appeals in domestic relations cases must be taken by application for discretionary appeal.  See OCGA § 5- 6-35 (a) (2).  Because Hubanks did not file a timely discretionary application, we lack jurisdiction over this matter, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_05/22/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*